STATE OF NEW JERSEY v. EDWIN DAVID RODRIGUEZ.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM K. NEMESH.

January 10, 1989.

Petition for certification denied.   (See 228 *N.J.Super.* 597)

STATE OF NEW JERSEY v. LAWRENCE LEWIS.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DOLORES J. ETTORE.

January 10, 1989.

Petition for certification denied.   (See 228 *N.J.Super.* 25)

STATE OF NEW JERSEY v. WALTER GLOVER.

January 10, 1989.

Petition for certification denied.